IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CONNIE ADAM CLOUD | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-602 |
| FRANK AGUILLAR, III, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Connie Adam Cloud, a pre-trial detainee confined at the Travis County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Frank Aguillar, III, John B. Stevens, Pat Clark, Marcia Crone, and Keith Giblin.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

## Background

Plaintiff filed this action ("Motion to Compel") on December 28, 2022 (doc. # 1). Plaintiff did not pay the $402.00 filing fee nor file an application to proceed *in forma pauperis*. On December 29, 2022, the undersigned entered an order requiring the Clerk of Court to mail Plaintiff a copy of the *in forma pauperis* application for prisoners and the form complaint for a civil rights action filed pursuant to 42 U.S.C. § 1983 (doc. # 2). The order gave Plaintiff thirty days to complete and return the forms. *Id*. Plaintiff received a copy of this order on January 5, 2023 (doc. # 4). More than ample time has passed, yet Plaintiff has failed to pay the $402.00 filing and/or file an application to proceed *in forma pauperis*. Plaintiff has also failed to complete and return the form complaint for a prisoner civil rights action.

## Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030,

1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)). Plaintiff has failed to comply with this court's order and has failed to prosecute this case.

### Recommendation

This civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

### Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 27th day of March, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE